UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
CAPITAL ONE, NATIONAL ASSOCIATION,
          Plaintiff,

-against –

361 MILLER REALTY LLC, MARK FURER, ELIE M. FURER, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and "JOHN AND/OR JANE DOE #1" to "JOHN AND/OR JANE DOE #20" inclusive, the last 20 named persons being unknown to plaintiff, the persons and parties intended being the tenants, occupants, persons, entities, or corporations, if any, having or claiming upon the premises at 361 Miller Avenue, Brooklyn, New York, a four-story, 20-apartment building, as more fully described in the complaint,

          Defendants.
---------------------------------------------------------------------x

Civil Action No.: 12-1572
(ILG)(JMA)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         )ss.:
COUNTY OF NEW YORK )

  I, Mindy Rice being duly sworn, say: I am not a party to this action, am over eighteen (18) years of age and reside in Corona, New York. On April 27, 2012, I served the within **NOTICE OF APPEARANCE AND ANSWER** by depositing true copies thereof, enclosed in a post-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the plaintiff's attorney at the following address:

  Schiff Hardin LLP
  666 Fifth Avenue, 17th floor
  Attorneys for Plaintiff
  New York, NY 10022
  (212) 753-5000

                  _____
                      Mindy Rice

Sworn to before me this
27th day of April 2012

_____
Notary Public

BRIAN K. BERNSTEIN
Notary Public State of New York
No. 31-4755434
Qualified in New York County
Commission Expires Febraury 28, 20 14

S:\DOCS\CLIENT\Lang, Jacob\Affidavit of Service3.doc