UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index No.:12-1572 (ILG)

ATTORNEY(S):
Schiff Hardin, LLP
666 Fifth Avenue, 17th Floor
New York, New York 10103

Plaintiff:
CAPITAL ONE, NATIONAL ASSOCIATION

vs.

Defendant:
361 MILLER REALTY LLC, et al

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK, COUNTY OF NEW YORK**

**CHRIS PSCZCOLA** being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On April 4, 2012 at 12:15 pm, at 361 Miller Avenue, Brooklyn, NY 11207, deponent posted the within: **Notice to Tenants of Building in Forclosure on Yellow Paper** by taping said paper on the front door and back door which were the only two existing doors of the building located at 361 Miller Avenue, Brooklyn, NY 11207.

Sworn to Me on MAY 22, 2012

_[signature]_

DANIEL A. LEVINE
NOTARY PUBLIC-STATE OF NEW YORK
No.01LE6154152
Qualified in Queens County
My Commission Expires:
October 23, 2014

_[signature]_

Chris Psczcola

License #1218683