UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CAPITAL ONE, NATIONAL ASSOCIATION,         Index No.: 12 cv 1572

                  Plaintiff,

                                                      **NOTICE OF APPEARANCE**

    - against -

361 MILLER REALTY LLC, MARK FURER, ELIE M. FURER, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, and "JOHN and/or JANE DOE #1 through JOHN and/or JANE DOE #20", inclusive, the last 20 named persons being unknown to plaintiff, the persons and parties intended being the tenants, occupants, persons, entities, or corporations, if any, having or claiming an interest upon the premises at 361 Miller Avenue, Brooklyn, New York, a four-story, 20 apartment building, as more fully described in the Complaint,

                                Defendants.
-----------------------------------------------------------------x

        **PLEASE TAKE NOTICE,** that the Proposed Plaintiff, SDF9 COBK LLC, hereby appears in the above-entitled action, that the undersigned, Kriss & Feuerstein LLP, has been retained as attorneys for said Proposed Plaintiff and said Proposed Plaintiff hereby demands service of all papers and notice of all proceedings in this action.

Dated:  New York, New York
         July 9, 2012

                                              KRISS & FEUERSTEIN LLP
                                              *Attorneys for Proposed Plaintiff,*
                                              *SDF9 COBK LLC*

                                              By: /s/ Jerold C. Feuerstein
                                              Jerold C. Feuerstein, Esq. (JF9829)
                                              360 Lexington Avenue, Suite 1200
                                              New York, NY 10017
                                              (212) 661-2900 – telephone
                                              (212) 661-9397 – facsimile